UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHNNIE KELLY,

                    Plaintiff,

        -against-

JIMMY JAZZ, INC. and GURNEY PAYROLL
COMPANY L.L.C,

                 Defendants.

13 CV 01526 (RRM)(CLP)

**STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through

their undersigned counsel, that the above-captioned action be dismissed in its entirety, with

prejudice, pursuant to FRCP 41, and with no award of attorneys' fees or costs by the Court to any

party.

Dated: New York, New York
       October 17, 2013

       LAW OFFICE OF ABDUL K. HASSAN

       Attorneys for Plaintiff

By: _____
       Abdul K. Hassan, Esq. (AH 6510)
       1700 Broadway, 2nd Floor
       New York, New York 10023
       (212) 873-6000, ext. 2073

Dated: New York, New York
       October 17, 2013

       JACKSON LEWIS LLP

       Attorneys for Defendants

By: _____
       Richard I. Greenberg (RG 4911)
       Daniel J. Jacobs (DJ 3333)
       666 Third Avenue
       New York, New York 10017
       (212) 545-4000

SO ORDERED:

_____
Honorable Roslynn R. Mauskopf, U.S.D.J.